# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL ARNAUD

NO. 2024 KW 1089

**DECEMBER 23, 2024**

---

In Re:    Carl Arnaud, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 94806.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.** This writ application appears to be a motion to vacate an illegal sentence filed in this court in the first instance. A motion to vacate an illegal sentence must be filed with the district court prior to filing an application for supervisory writs.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT